UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-163

| | | |
|---|---|---|
| JENNIFER BIDOU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on Plaintiff's Motion for Summary Judgment, (Doc. No. 15), and on Defendant's Motion for Remand to the Commissioner, (Doc. No. 17). Plaintiff, through counsel, consents to Defendant's Motion for Remand to the Commissioner.

For good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) and remands the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

To this extent, Plaintiff's Motion for Summary Judgment, (Doc. No. 15), shall terminated as **MOOT**, and Defendant's Motion for Remand to the Commissioner, (Doc. No. 17), is **GRANTED**.

Signed: April 28, 2021

Max O. Cogburn Jr
United States District Judge